UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>                       Plaintiff,<br><br>   v.<br><br>KING COUNTY, *et al*.,<br><br>                       Defendants. | Case No. C19-1295-MJP<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO PAY FILING FEE |

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. 1) is DENIED;

    (3)    Plaintiff is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action;

    (4)    All motions on file with the Court as of the date the Report and Recommendation

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 1

was issued (Dkts. 1-3, 1-4, 5, 6 ,7, 8) are DENIED as moot; and

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 12th day of November, 2019.

Marsha J. Pechman
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2